UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SCOTT MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:14-CV-0872 SNLJ |
| ) | |
| IAN WALLACE, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis on appeal. Petitioner was permitted to proceed in forma pauperis in the proceedings before this Court, and as a result, he does not need permission to proceed in forma pauperis on appeal. *See* Fed.R.App.P.24(a)(3). Nonetheless, in an abundance of caution, the Court will grant petitioner's motion to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis on appeal [Doc. #46] is **GRANTED**.

Dated this 11th day of January, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE